Michael Machat, Esq. SB# 109475
MACHAT & ASSOCIATES, P.C.
8730 W. Sunset Blvd., Suite 250
West Hollywood, California 90069
Telephone: (310) 860-1833
Email: info@machatlaw.com

Attorneys for Plaintiff
Vampire Family Brands, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TACO BELL CORP, FLYNN RESTAURANT GROUP LP, GREG FLYNN, BELL AMERICAN, AG BELL, and DOES 1 – 20,<br><br>Defendant. | Case No. 8**:19-cv-01388-DOC-ADS**<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to the Hon. David O. Carter<br><br>Action Filed: July 16, 2019 |

      PLEASE TAKE NOTICE THAT Plaintiff Vampire Family Brands, LLC and Defendants Taco Bell Corp., Flynn Restaurant Group LP, Greg Flynn, and Bell American have reached a settlement of all claims in the above-captioned action. Plaintiff anticipates that a Notice of Dismissal of the entire case with prejudice will be filed within 30 days and request that all current dates be vacated. Plaintiff further requests that this Court set a Status Conference re Settlement/Dismissal within forty-five (45) days from today's date, or a date thereafter convenient to this Court, so that the parties may report on the status of the settlement in the event that a Notice of Dismissal of Action with Prejudice has not been filed.

DATED: January 14, 2020        MACHAT & ASSOCIATES, P.C.

By:  /s/Michael Machat
       Michael Machat, Esq.

Attorneys for Plaintiff
VAMPIRE FAMILY BRANDS, LLC

1

NOTICE OF SETTLEMENT
4848-6281-1313v.1 0113168-000002