1  Michael Machat, Esq. SB# 109475
   MACHAT & ASSOCIATES, P.C.
2  8730 W. Sunset Blvd., Suite 250
   West Hollywood, California 90069
3  Telephone: (310) 860-1833
   Email:  info@machatlaw.com
4
   Attorneys for Plaintiff
5  Vampire Family Brands, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| VAMPIRE FAMILY BRANDS, LLC, | Case No. **8:19-cv-01388 DOC (ADSx)** |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| vs. | |
| TACO BELL CORP, FLYNN RESTAURANT GROUP LP, GREG FLYNN, BELL AMERICAN, AG BELL, and DOES 1 – 20, | |
| Defendant. | |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      Notice is hereby given that, pursuant to Federal Rule of Civil Procedure
3  41(a)(1)(A)(i), Plaintiff Vampire Family Brands, LLC hereby voluntarily dismisses
4  the above-captioned action with prejudice.  Each party shall bear its own costs.

6  DATED: January 21, 2020          MACHAT & ASSOCIATES, P.C.

7                                   By:  *Michael Machat*
8                                        Michael Machat, Esq.

9                                   Attorneys for Plaintiff
                                     VAMPIRE FAMILY BRANDS, LLC

NOTICE OF DISMISSAL WITH PREJUDICE
4844-9611-9729v.1 0113168-000002