AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Central District of California___ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:19cv01388-DOC-ADS | DATE FILED<br>07/16/2019 | U.S. DISTRICT COURT<br>for the Central District of California |
|---|---|---|
| PLAINTIFF<br><br>VAMPIRE FAMILY BRANDS, LLC, | | DEFENDANT<br>TACO BELL IP HOLDER, LLC a<br>Delaware Limited Liability Company,<br>YUM BRANDS, INC, a North Carolina Corporation, |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2263907 | 07/27/1999 | Vampire Family Brands, LLC |
| 2 | 3319536 | 10/23/2007 | Vampire Family Brands, LLC |
| 3 | 3082097 | 4/18/2006 | Vampire Family Brands, LLC |
| 4 | 3669827 | 8/18/2009 | Vampire Family Brands, LLC |
| 5 | 4776927 | 7/21/2015 | Vampire Family Brands, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>07/16/2019 | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☑ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3895288 | 12/21/2010 | Vampire Family Brands, LLC |
| 2 | 3978444 | 06/14/2011 | Vampire Family Brands, LLC |
| 3 | 3290011 | 09/11/2007 | Vampire Family Brands, LLC |
| 4 | 4939034 | 4/19/2016 | Vampire Family Brands, LLC |
| 5 | 3167606 | 11/7/2006 | Vampire Family Brands, LLC |
| 6 | 3079403 | 4/11/2006 | Vampire Family Brands, LLC |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Notice of voluntary dismissal filed by Plaintiff Vampire Family Brands, LLC. Dismissal is with prejudice. Case Terminated 1/22/20 |

| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>Trina DeBose | DATE<br>4/16/2020 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**