Michael Machat, Esq. SB# 109475
MACHAT & ASSOCIATES, P.C.
8730 W. Sunset Blvd., Suite 250
West Hollywood, California 90069
Telephone: (310) 860-1833
Email: info@machatlaw.com

Attorneys for Plaintiff
Vampire Family Brands, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TACO BELL CORP, FLYNN RESTAURANT GROUP LP, GREG FLYNN, BELL AMERICAN, AG BELL, and DOES 1 – 20,<br><br>Defendant. | Case No. **8:19-cv-01388 DOC (ADSx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vampire Family Brands, LLC hereby voluntarily dismisses the above-captioned action with prejudice.  Each party shall bear its own costs.

DATED: January 21, 2020      MACHAT & ASSOCIATES, P.C.

By: *Michael Machat*
    Michael Machat, Esq.

Attorneys for Plaintiff
VAMPIRE FAMILY BRANDS, LLC

NOTICE OF DISMISSAL WITH PREJUDICE
4844-9611-9729v.1 0113168-000002